662

Louise Risius, appellee, v. F. H. Heinz, appellant.  Gen. No. 8,322.

Opinion filed October 20, 1931.

Hunter, Kavanagh & McLaughlin, for appellant.  Roscoe Herget and Ernest J. Galbraith, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Charlotte Osborn, administratrix of the estate of Roy Osborn, deceased, plaintiff in error, v. Homer L. Parkhill, defendant in error. Gen. No. 8,344.

Opinion filed October 20, 1931.

C. Helmer Johnson and Robert M. Niven, for plaintiff in error. F. A. Ortman and Adsit, Thompson & Herr, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.

Reuben H. Stripe, appellee, v. City of Waukegan et al., appellants. Gen. No. 8,300.

Opinion filed October 20, 1931.

Arthur Bulkley, Corporation Counsel, and Matthias Concannon, for appellant City of Waukegan.  E. V. Orvis, for appellee; Daniel S. Wentworth, Henry O. Nickel and J. B. Mikesell, of counsel.

Per curiam.

Stacy J. Merriner, trading as Merriner Land Company, appellee, v. Edward Baker, appellant.  Gen. No. 8,332.

Opinion filed October 20, 1931.

Arthur H. Shay, for appellant.  Duncan & O'Conor and Robert E. Larkin, for appellee.

Per curiam.